FILED

06/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0310



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 22-0310

JULIO JAY RAMIREZ,

      Petitioner,

  v.

LT. JASON VALDEZ,

      Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

      Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

      DATED:   June 8, 2022.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court